# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  
JEREMY SCHNEIDER  
ROBERT A. SOLOWAY  
DAVID STERN  

Tel: (212) 571-5500  
Fax: (212) 571-5507  

September 23, 2010

BY ECF and REGULAR MAIL

Winston Paes, Esq.
Office of the United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

> Re: United States v. Masoud Bedui
> 09 Cr. 198 (ENV)

Dear Mr. Paes:

You posted a letter on ECF on Friday, September 17 stating you were enclosing a CD containing records of five (5) telephone numbers. The letter stated it was sent out with the CD via federal express. Today is Thursday, September 23 and I do not have the letter or CDs. Please let me know where they are or I will have no choice but to move to preclude.

Thank you.

Sincerely,

Robert A. Soloway

RAS:sc